**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 3rd JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:     NO.  515
:
:     MAGISTERIAL RULES DOCKET
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of October 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 3rd Judicial District (Northampton County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 03-2-04, 03-2-08, 03-2-11, 03-3-02 and 03-3-03, within Northampton County, to be effective December 1, 2022, is granted; and that the Petition, which provides for the reestablishment of Magisterial Districts 03-1-04, 3-2-01, 03-2-03, 03-2-05, 03-2-06, 03-2-09, 03-2-10, 03-2-12, and 03-3-01, within Northampton County, to be effective immediately, is granted.

    Said Magisterial Districts shall be as follows:

Magisterial District 03-1-04               City of Bethlehem, Ward 14
Magisterial District Judge Vivian I. Zumas   Hanover Township

Magisterial District 03-2-01               City of Bethlehem, Wards 6, 7, 8, 9
Magisterial District Judge Roy A. Manwaring II

Magisterial District 03-2-03               Bethlehem Township
Magisterial District Judge Sandra L. McClure

| | |
|---|---|
| Magisterial District 03-2-04<br>Magisterial District Judge Alan R. Mege | Freemansburg Borough<br>Hellertown Borough<br>Lower Saucon Township |
| Magisterial District 03-2-05<br>Magisterial District Judge Robert C. Weber | City of Easton, Wards 1, 2, 3, 4, 5 |
| Magisterial District 03-2-06<br>Magisterial District Judge Daniel G. Corpora | City of Easton, Wards 6, 9, 10, 11,<br>  12<br>Glendon Borough<br>Williams Township |
| Magisterial District 03-2-08<br>Magisterial District Judge John C. Capobianco | Nazareth Borough<br>East Allen Township<br>Lower Nazareth Township<br>Upper Nazareth Township |
| Magisterial District 03-2-09<br>Magisterial District Judge Susan Hutnik | Tatamy Borough<br>Forks Township<br>Palmer Township |
| Magisterial District 03-2-10<br>Magisterial District Judge Jordan A. Knisley | City of Bethlehem, Wards 1, 2, 3, 4 |
| Magisterial District 03-2-11<br>Magisterial District Judge Nicholas E. Englesson | City of Bethlehem, Wards 5, 15, 16,<br>  17 |
| Magisterial District 03-2-12<br>Magisterial District Judge Richard H. Yetter III | West Easton Borough<br>Wilson Borough<br>City of Easton, Wards 7, 8 |
| Magisterial District 03-3-01<br>Magisterial District Judge Robert A. Hawke | North Catasauqua Borough<br>Northampton Borough<br>Walnutport Borough<br>Allen Township<br>Lehigh Township<br>Moore Township, Klecknersville and<br>  Beersville Districts |

| | |
|---|---|
| Magisterial District 03-3-02<br>Magisterial District Judge Douglas Schlegel, Sr. | Bath Borough<br>Chapman Borough<br>Stockertown Borough<br>Wind Gap Borough<br>Bushkill Township<br>Moore Township, Phillips and<br>    Eastern Districts<br>Plainfield Township, Plainfield<br>    Church Districts |
| Magisterial District 03-3-03<br>Magisterial District Judge Alicia R. Zito | Bangor Borough<br>East Bangor Borough<br>Pen Argyl Borough<br>Portland Borough<br>Roseto Borough<br>Lower Mount Bethel Township<br>Plainfield Township, Delabole,<br>    Belfast, and Kesslerville Districts<br>Upper Mount Bethel Township<br>Washington Township |